# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-4605 |
| | § | |
| DAVID J. STEPHENS, *et al.,* | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 7). The motion is granted. The initial pretrial and scheduling conference is reset to **August 3, 2012, at 9:00 a.m.** The joint discovery/case management plan is due by July 20, 2012.

SIGNED on April 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge